THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ELESHA SOTO,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TARA KALATZES, GUS KALATZES, and GEORGE LIODAKIS,<br><br>　　　　　　　　Defendants. | ORDER<br>• **ADOPTING [11] REPORT AND RECOMMENDATION;**<br>• **DENYING [12] MOTION FOR DEFAULT JUDGMENT; and**<br>• **DENYING [15] MOTION FOR WRIT OF EXECUTION**<br><br>Case No. 2:21-cv-00225-DBB-JCB<br><br>District Judge David Barlow |

　　　　The Report and Recommendation[1] issued by United States Magistrate Judge Jared C. Bennett on July 7, 2021 recommends that the court dismiss Plaintiff's complaint *sua sponte* for lack of subject matter jurisdiction.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.[3] No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the Magistrate Judge's analysis and conclusions are sound, the court ADOPTS the Report and Recommendation.[4] Accordingly, Plaintiff's action is DISMISSED for lack of subject matter

---

[1] ECF No. 11, filed July 7, 2021.

[2] *Id.* at 1.

[3] *Id.* at 2.

[4] The court notes that the amount in controversy alleged in the Complaint is $40,000, not the $25,000 referenced in the Report and Recommendation. *See* ECF No. 8-1 at 11.

jurisdiction. Plaintiff's Motion for Default Judgment[5] and Motion for Writ of Execution[6] motions are therefore DENIED AS MOOT.

Signed August 10, 2021.

BY THE COURT

David Barlow
United States District Judge

---

[5] ECF No. 12, filed July 9, 2021.

[6] ECF No. 15, filed July 12, 2021.